UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GREG TOLAR, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.:  2:13-cv-00132-JEO |
| } | |
| **BRADLEY ARANT BOULT** } | |
| **CUMMINGS, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

On March 31, 2014, the magistrate judge filed a report and recommendation recommending that the Court:  (1) deny BABC's motion to strike; (2) dismiss the state-law claims against all defendants; and (3) dismiss as abandoned any Title VII claim against Defendant Taylor individually.  (Doc. 25, p. 51).

Having reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the Court **ADOPTS** the magistrate judge's report and **ACCEPTS** the magistrate judge's recommendation, with the exception footnote 9 on page 28.  The state-law causes of action are dismissed without prejudice.  If they wish, the plaintiffs may re-plead such claims within 30 days.

The Court refers this matter back to the magistrate judge for further proceedings. The Clerk is directed to please TERM Doc. 25.

**DONE** and **ORDERED** this August 11, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE